IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD BERNSTEIN, et. al.,                           No. C 05-1528 SBA

        Plaintiffs,                                      **ORDER**

  v.

THE ST. PAUL TRAVELERS COMPANIES, INC., et al.,

        Defendants.
_____/

       This matter comes before the Court on Plaintiffs' request that the Court recuse itself from the instant action. [Docket No. 12.] Plaintiffs base their request on the fact that one of Defendants' attorneys, Samuel H. Ruby, was an unpaid judicial extern in the Court's chambers in the summer of 1995. Plaintiffs' request is denied.

       The Court typically selects between two and four externs in each of the fall, spring, and summer semesters. Accordingly, since 1995, the Court has had between 60 and 120 externs working in its chambers. Moreover, the externs are supervised by and work primarily with the judicial law clerks. While it is likely that Mr. Ruby made significant contributions to the work of the Court, the Court has no specific recollection of Mr. Ruby or of his contributions. Thus, Mr. Ruby's involvement in this case does not suggest that the Court's "impartiality might reasonably be questioned." 28 U.S.C. § 455(a). Plaintiffs' request that the Court recuse itself is therefore DENIED.

       IT IS SO ORDERED.

Dated: 6-3-05

                                                  /s/ Saundra Brown Armstrong
                                                  SAUNDRA BROWN ARMSTRONG
                                                  United States District Judge